# Exhibit C.



# ZONAR V4™
## Telematics Control Unit





**TRACK**
asset location, odometer, fuel use

**PERFORM**
driver and safety monitoring

**DIAGNOSE**
remote engine and system diagnostics

**REDUCE**
costs with efficient asset deployment

### Enables Smart Fleets of the Future
Gain insight, improve decision making and increase fleet safety with real-time access to critical data on speed, location, idle and diagnostic codes. The V4 is a unique Telematics Control Unit that can be deployed in light, medium and heavy-duty vehicles. Built-in LTE, 4G and 3G cellular radios remain compatible despite evolving network changes. Analyze your entire fleet with Zonar's Ground Traffic Control® solution or extend data to your ERP, TMS or other third-party soft ware using our API and custom integration services. The Anti-tamper feature sends out an immediate notification and location to reduce theft and protect against unauthorized interference. Deploy new functionality and additional sensors with Bluetooth® and 802.11 wireless connectivity.

### High-precision Location Tracking
With GNSS positioning services, the V4 uses GPS, GLONASS, Galileo or BeiDou satellites to calculate your vehicles location. This provides you with precise location data that's accurate and available wherever your fleet operates.

### Features and Capabilities
- High-definition GNSS Location Tracking
- Anti-tamper alert system
- Reliable LTE/4G/3G network
- Dynamic geo-fencing
- True idle, speed and odometer
- Bluetooth® 4.1
- 802.11b/g/n
- SAE J 1708/1587 and J1939 compatible
- 3-year warranty



For more information, visit zonarsystems.com/V4-telematics

zonarsystems.com | 18200 Cascade Ave S., Seattle, WA 98188 | 877-843-3847

PCS-V4-20180315