HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NITETEK LICENSING LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ZONAR SYSTEMS, INC.,<br><br>        Defendant. | Case No.  2:22-cv-01224-JHC<br><br>**STIPULATION AND ORDER TO EXTEND THE NOTING DATE TO DECEMBER 12, 2022, FOR DEFENDANT'S MOTON TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:<br>November 22, 2022** |

## STIPULATION

Subject to the approval of the Court, Plaintiff Nitetek Licensing LLC, and Defendant Zonar Systems Inc., by and through their undersigned counsel, stipulate and agree to an extension of Noting Date for Defendant's Motion to Dismiss (presently November 25, 2022) to December 12, 2022; with Plaintiffs' Response due date extended to December 5, 2022; and Defendant's Reply due date extended to December 12, 2022.

DATED: November 22, 2022.

| | |
|---|---|
| LANE POWELL PC<br><br>By: __s/Paul D. Swanson_____<br>Paul D. Swanson, WSBA No. 13656<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone:  206.223.7000<br>swansonp@lanepowell.com<br><br>Attorneys for Zonar Systems, Inc. | MANN LAW GROUP PLLC<br><br>By:__s/ Philip P. Mann_____<br>Philip P. Mann, WSBA No. 28860<br>403 Madison Ave. N., Ste 240<br>Bainbridge Island, WA  98110<br>Telephone:  (206) 436-0900<br>phil@mannlawgroup.com<br><br>Attorneys for Nitetek Licensing LLC |

STIPULATION AND ORDER TO EXTEND THE NOTING DATE AND RESPONSE AND REPLY DATES FOR DEFENDANT'S MOTION TO DISMISS - 1
CASE NO. 2:22-cv-1224-JHC
134867.0001/9193283.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Based on the foregoing stipulation of the parties, it is ORDERED that the Noting Date for Defendant's Motion to Dismiss is extended to December 12, 2022, with the Plaintiff's Response due on December 5, 2022; and Defendant's Reply due on December 12, 2022.

SO ORDERED this 22nd day of November, 2022.

*/s/ John H. Chun*
HONORABLE JOHN H. CHUN
United States District Court Judge

STIPULATION AND ORDER TO EXTEND THE NOTING DATE AND RESPONSE AND REPLY DATES FOR DEFENDANT'S MOTION TO DISMISS - 2
CASE NO. 2:22-cv-1224-JHC
134867.0001/9193283.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107